UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| JOSEPH A. LANGLEY, | : | Intent to Distribute Cocaine Base) |
| also known as "Joe," | : | |
| | : | |
| Defendant. | : | |
| | : | **UNDER SEAL** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From in or about sometime in 1995 and continuing up to and through 2005, within the District of Columbia and elsewhere, **JOSEPH A. LANGLEY**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base** in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____
M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831