


G EX 1

AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

─── DISTRICT OF ───

**FILED**
NOV 2 2 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Joseph Langley

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-416

I, _Joseph Langley_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer