UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 2 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
 )
 )
            vs.              )   Criminal No. 05-416
 )
 Joseph Langley              )
 )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                Defendant

_____
          Counsel for defendant

I consent:

_____
     United States Attorney

Approved:

_____
                Judge