UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action No. 05-416 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 (Conspiracy to Distribute and Possess With |
| JOSEPH A. LANGLEY : also known as Joe, : | Intent to Distribute Cocaine Base) |
| Defendant. : | UNDER SEAL |

FILED
NOV 2 2 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. From on or about sometime in 1994 and continuing up to and through March 2005, within the District of Columbia and elsewhere, the defendant, **JOSEPH A. LANGLEY**, aka Joe, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing fifty (50) grams or more of cocaine base, commonly known as crack cocaine.

2. The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine base, commonly known as crack cocaine.

3. During the course of the conspiracy, and to effect its object, **LANGLEY** did commit, among others, the following overt acts: Beginning in the mid-1990's, **LANGLEY** regularly purchased wholesale quantities of cocaine base, otherwise known as crack cocaine, and distributed it in and around the 1300 block of Congress Street, SE, within the District of Columbia, in a neighborhood known as Congress Park, as well as in other neighborhoods in Washington, D.C.

LANGLEY regularly obtained up to 62 gram quantities of cocaine base from his distributors, who included an individual known to LANGLEY as C.C. and an individual known to LANGLEY as Fats. For a period of time in the mid-1990's, LANGLEY also obtained half ounce quantities of cocaine base from an individual known to LANGLEY as Roadie. This continued off and on through 2005. LANGLEY's drug dealing activities ceased for several long periods of time in the intervening years, primarily because LANGLEY at times resided in South Carolina.

4.   LANGLEY broke down the larger quantities of crack cocaine into smaller amounts and redistributed them to customers located in Congress Park, including but not limited to the following individuals known to LANGLEY as Season, Kevin, Walt, Newett, Keith B., Santuce, Love, Little Kairi, Lucious, Nooney, Mick, Jay, Jo-Jo, Kina, Don, Geeka, Doo-Doo, Ikie, and Little Terrance. On just five occasions alone, LANGLEY distributed more than 70 grams of crack cocaine to an individual known to LANGLEY as Season.

5.   During his participation in the conspiracy, LANGLEY was responsible for the distribution of at least 500 grams but less than 1.5 kilograms of cocaine base within the District of Columbia.

## Limited Nature of Proffer

6.   This proffer of evidence is not intended to constitute a complete statement of all facts known by LANGLEY, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. LANGLEY has provided additional information about the conspiracy (and his role in it) to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea

of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and substance containing fifty (50) grams or more of cocaine base, also known as crack cocaine.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058

        M. JEFFREY BEATRICE
        Assistant United States Attorney
        Bar Number MA 551821
        555 4th Street, N.W., Room 4106
        Washington, DC 20530
        (202) 353-8831

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, James W. Rudasill, Jr., Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: Nov. 22, 2005

JOSEPH A. LANGLEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with him fully.

Date: Nov 22, 2005

JAMES W. RUDASILL, JR., Esquire
Counsel for Joseph A. Langley