UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-416 - RWR |
| v. | VIOLATIONS: 21 U.S.C. §846 (Copspiracy to Distribute and Possess With |
| JOSEPH A. LANGLEY also known as "Joe," | Intent to Distribute CocaineBase) |
| Defendant. : | |
| | UNDER SEAL |

FILED
FEB 27 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Based on 'the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by May 26, 2006, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this  24th  day of February, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
5.55 4th Street, NW
Washington, DC 20530

James A. Rudasill, Jr., Esq.
601 Indiana Avenue, NW #500
Washington, DC 20004