UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-416 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| JOSEPH LANGLEY : | Intent to Distribute CocaineBase) |
| Defendant. : | |
| _____ : | UNDER SEAL |

**FILED**

JUL 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by September 26, 2006, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this ___7th___ day of ___July___, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C. 20004

