**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. Cr.-05-416 (RWR)** |
| | **:** | |
| **v.** | **:** | **VIOLATIONS: 21 U.S.C. §846** |
| | **:** | **(Conspiracy to Distribute and Possess With** |
| **JOSEPH LANGLEY** | **:** | **Intent to Distribute CocaineBase)** |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | **UNDER SEAL** |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, and the defendant, by and through his counsel, hereby submit this joint

status report.  The defendant continues to cooperate with the Government in its case.  The

Government expects that the defendant will provide trial testimony in connection with at least one

other case.  In addition, the defendant continues to provide information to the government which is

assisting it in its investigation.  The parties believe that additional time is needed for the defendant

to complete his cooperation and would request that the case not be scheduled for sentencing at this

time.  The parties propose that they file another joint status report in approximately 90 days, by

December 8, 2006, or earlier if appropriate.  The attorney for the defendant, James Rudasill, Jr. has

been advised of the contents of this joint status report and concurs with it.

Respectfully submitted on behalf of the parties,

KENNETH L. WAINSTEIN
Bar No. 451-058
United States Attorney

_____

Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-0174

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been sent by first class mail and facsimile (202-628-2881) to counsel for the defendant, James W. Rudasill, Jr., 601 Indiana Avenue, N.W., #500, Washington, D.C. 20004, this 26th day of September, 2006.

_____

Glenn S. Leon
Assistant United States Attorney