FILED
JAN 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-416 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 (Conspiracy to Distribute and Possess With Intent to Distribute CocaineBase) |
| JOSEPH LANGLEY : | |
| Defendant. : | UNDER SEAL |

### ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by March 16, 2007, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this _21st_ day of _December_, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C. 20004