# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :     CRIMINAL NO. Cr.-05-416 (RWR)

            : 

       v.             :     VIOLATIONS: 21 U.S.C. §846

            :     (Conspiracy to Distribute and Possess With

JOSEPH LANGLEY        :     Intent to Distribute CocaineBase)

            : 

            :     **FILED**

     Defendant.    : 

            :     **UNDER SEAL**     APR 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by June 22, 2007, stating whether

the defendant should be referred for a pre-sentence investigation and the matter be scheduled for

sentencing, or whether a deadline should be set for filing another status report.

SIGNED this _____ 2nd _____ day of ___ April ___, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C. 20004