UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. Cr.-05-416 (RWR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| JOSEPH LANGLEY | : | Intent to Distribute Cocaine Base) |
| | : | |
| | : | |
| Defendant. | : | |
| | : | **UNDER SEAL** |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE
GOVERNMENT'S UNOPPOSED MOTION TO POSTPONE SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to grant it leave to file the attached unopposed motion to postpone sentencing and joint status report in the above-captioned matter. In support of this motion, the government represents as follows:

1. The Government previously filed an unopposed motion to postpone sentencing and a joint status report in this matter, requesting that the parties be allowed to submit another joint status report by June 22, 2007. The Government inadvertently failed to file the motion and joint status report on that date. Therefore, undersigned counsel requests leave to file the attached unopposed motion and joint status report.

2. The motion is unopposed, and provides no new information or legal issues. Therefore, the defendant would not be prejudiced by granting the Government's motion for leave to file.

3. Government counsel has informed defense counsel, James Rudasill, Jr., of this motion, and he stated that he does not oppose this motion.

WHEREFORE, the government respectfully requests that the Court grant its Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report.

Respectfully submitted on behalf of the parties,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

_____
Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-0174

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been sent by first class mail and facsimile (202-628-2881) to counsel for the defendant, James W. Rudasill, Jr., 601 Indiana Avenue, N.W., #500, Washington, D.C. 20004, this 4th day of September, 2007.

_____
Glenn S. Leon
Assistant United States Attorney