## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. Cr.-05-416 (RWR)** |
| | **:** | |
| **v.** | **:** | **VIOLATIONS: 21 U.S.C. §846** |
| | **:** | **(Conspiracy to Distribute and Possess With** |
| **JOSEPH LANGLEY** | **:** | **Intent to Distribute Cocaine Base)** |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | **UNDER SEAL** |

### ORDER

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the _____ day of _____, 2008 at _____ a.m./p.m. and all sentencing memoranda and motions are filed by the _____ day of _____, 2008.

SIGNED this _____ day of _____, 2007.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C.  20004