UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-416 (RWR) |
| : | |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| JOSEPH LANGLEY : | Intent to Distribute CocaineBase) |
| : | |
| : | |
| **Defendant.** : | |
| : | **UNDER SEAL** |

## ORDER

Upon the Court's review of the Government's Unopposed Motion for Leave to Late File a Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Joint Status Report may be filed by December 4th, 2007.

Date: _____

_____
RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C.  20004