UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-416 (RWR) |
| : | |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| JOSEPH LANGLEY : | Intent to Distribute Cocaine Base) |
| : | |
| Defendant. : | UNDER SEAL |
| : | |

FILED
JAN 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon the Court's review of the Government's Unopposed Motion for Leave to Late File a Joint Status Report, ~~and upon finding good cause shown~~, it is, hereby

ORDERED that the government's motion is granted *nunc pro tunc* and Government's Joint Status Report may be filed by December 4th, 2007.

Date: 1-4-09

RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C. 20004