**FILED**
JAN 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. Cr.-05-416 (RWR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| JOSEPH LANGLEY | : | Intent to Distribute CocaineBase) |
| | : | |
| Defendant. | : | |
| | : | UNDER SEAL |

## ORDER

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the 3rd day of April, 2008 at 10:00 a.m./~~p.m.~~ and all sentencing memoranda and motions are filed by the 27th day of March, 2008.

SIGNED this 4th day of January, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

James W. Rudasill, Jr.
601 Indiana Avenue, N.W., #500
Washington, D.C. 20004